923 A.2d 1099

**In re NOMINATION PETITION OF Mike L. KRANCER (for Justice of the Supreme Court).**

**Appeal of Jaime J. Hughes–Harbson (a/k/a Jamie J. Hughes Harbson).**

Supreme Court of Pennsylvania.

May 2, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court granting the Motion for Protective Order and to Quash Petitioner's Subpoena *Duces Tecum* and quashing the Petition to Set Aside is AFFIRMED. Given this disposition, we did not consider the merits of the Petition to Set Aside.